IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.                                                        Civ. No.08-503 WPJ/WDS

JOHN Y. HERNANDEZ, JR., and
JOHN S. HERNANDEZ, SR.,

       Defendant(s).

## ORDER SETTING STATUS CONFERENCE

       This matter comes before the Court on a Status Conference that was held on March 26, 2009.  A second status conference will be held on **FRIDAY, MAY 29, 2009, AT 9:00 A.M** before the Honorable W. Daniel Schneider, 7th Floor, at the United States Courthouse, 333 Lomas Boulevard, N.W., Albuquerque, New Mexico. .

       **IT IS SO ORDERED**.

                                                              W. DANIEL SCHNEIDER
                                                              UNITED STATES MAGISTRATE JUDGE